# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-1690
Lower Tribunal No. 2022-CA-002363-OC

_____

EVA JACQUELINE ESPINOSA a/k/a JACKIE ESPINOSA,

Appellant,

v.

OSCEOLA COUNTY CANVASSING BOARD, CHERYL GRIEB, AND CARLOS IRIZARRY, SR.,

Appellees.

_____

Appeal from the Circuit Court for Osceola County.
Lisa T. Munyon, Judge.

November 14, 2023

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and STARGEL and WOZNIAK, JJ., concur.


Neil L. Henrichsen, of Henrichsen Law Group, Jacksonville, for Appellant.

John T. LaVia, III, of Gardner, Bist, Bowden, Dee, LaVia, Wright, Perry & Harper, P.A., Tallahassee, and Ronald A. Labasky, Brewton Plante, P.A., Tallahassee, for Appellee, Osceola County Canvassing Board.

Christian W. Waugh and Mary A. Norberg, of Waugh Grant PLLC, Orlando, for Appellee, Cheryl Grieb.

James Ippoliti, of Widerman Malek, P.L., Celebration, for Appellee, Carlos Irizarry, Sr.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF TIMELY FILED